# UNITED STATES DISTRICT COURT

### for the

District of Utah ▾

| | |
|---|---|
| Margaret Keate | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 2:23-CV-305 |
| Walker W. Wright | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Walker W. Wright
1310 Spring Rock Lane
Houston, Texas  77055
Telephone:  424.278.8637

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Margaret Keate
c/o P. Bryan Fishburn, attorney
4505 S. Wasatch Blvd., Suite #215
Salt Lake City, UT  84124

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P. Serdar

*CLERK OF COURT*

Date:  5/9/2023



*Kimberly Sheffield*

*Signature of Clerk or Deputy Clerk*