UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| MARGARET KEATE,<br><br>  Plaintiff,<br><br>v.<br><br>WALKER W. WRIGHT,<br><br>  Defendant. | **AMENDED SCHEDULING ORDER** |
| WALKER W. WRIGHT,<br><br>  Counterclaimant,<br><br>v.<br><br>MARGARET KEATE; and ALEXANDRA ANDERSON,<br><br>  Counterclaim Defendant and Third-Party Defendant. | Case No.  2:23-cv-00305<br><br>District Judge Tena Campbell<br><br>Magistrate Judge Daphne Oberg |

The parties have filed a joint motion for amended scheduling order, (Doc. No. 47). Based on the parties' stipulation and for good cause shown, the motion is GRANTED. The scheduling order, (Doc. No. 13), is amended as follows. All deadlines and limitations not set forth below are unchanged.

1. The time for completion of fact discovery is extended through **August 23, 2024**, after which it will close.

2. The parties shall have through and including **August 30, 2024**, to file dispositive or partially dispositive motions, but may do so earlier.

3. The parties consent that Margaret Keate may re-depose Walker Wright given the Counterclaim and Third-Party Complaint that he earlier pleaded on or about January 2, 2024. Mr. Wright will either appear personally in Utah to be deposed or will appear by electronic means to be deposed. Ms. Anderson will depose Mr. Wright at the same date and time on which Ms. Keate deposes him, if Ms. Anderson elects to join in deposing him.

4. Alexandra Anderson may engage in discovery as permitted by the previously entered scheduling order, with her completion of discovery by **August 30, 2024**.

5. Walker Wright's initial disclosures relevant to the Counterclaim and Third-Party Complaint he has filed will be due by **July 3, 2024**.

6. Alexandra Anderson's initial disclosures will be due by **July 10, 2024**.

7. Margaret Keate's supplementation of initial disclosures if deemed necessary by reason of Mr. Wright's counterclaim, will be due by **July 10, 2024**.

8. The parties waive the option to identify expert witnesses.

9. **If no dispositive motions are filed, the parties must file a request for a scheduling conference with the district judge for the purpose of setting a trial date by September 6, 2024.**

DATED this 4th day of June, 2024.

BY THE COURT:

_Daphne A. Oberg_
Daphne A. Oberg
United States Magistrate Judge